FILED

6/17/2024

KSR

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:24-cr-00308
Judge Mary M. Rowland
Magistrate Judge Gabriel A. Fuentes
RANDOM/CAT. 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DAVID GLEE, also known as "D-Nice,"
TYJUAN TAPPLAR, also known as "TY"

**UNDER SEAL**

Violations: Title 18, United States
Code, Sections 1201(a)(1), 1201(c),
1951(a), and 2

## COUNT ONE

The SPECIAL NOVEMBER 2023 GRAND JURY charges:

1.      On or about June 29, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

DAVID GLEE, also known as "D-Nice," and
TYJUAN TAPPLAR, also known as "TY,"

defendants herein, did conspire with each other, and others known and unknown to the grand jury, to knowingly and unlawfully seize, confine, kidnap, abduct, and hold, for their own benefit and purpose, Victims 1 and 2, and to use means, facilities and instrumentalities of interstate commerce in committing and in furtherance of the offense, in violation of Title 18, United States Code, Section 1201(a)(1).

2.      It was part of the conspiracy that defendants agreed to steal money, drugs, and other property from Victim 1 and Victim 2 by the use and threat of

physical force, including murder, and to seize and confine Victim 1 and Victim 2 to achieve that goal.

3. It was further part of the conspiracy that defendants concealed and hid, caused to be concealed and hidden, and attempted to conceal and hide the nature and purpose of the conspiracy.

<u>Overt Acts</u>

4. It was further part of the conspiracy that defendants committed one or more of the following acts on or about June 29, 2019, among others, in furtherance of and to effect the objects of the conspiracy:

a. TYJUAN TAPPLAR approached Victim 1 in West Chatham Park in Chicago, Illinois.

b. TYJUAN TAPPLAR pointed a firearm at Victim 1.

c. While in West Chatham Park, TYJUAN TAPPLAR and his coconspirators held Victim 1 at gunpoint; threatened to kill Victim 1; beat and pistol-whipped Victim 1; ordered Victim 1 to strip to his undergarments; and stole Victim 1's phone, cash, and other items.

d. TYJUAN TAPPLAR and his coconspirators ordered Victim 1 at gunpoint to take the conspirators to Victim 1's nearby residence.

e. In a call made over a cellular phone, TYJUAN TAPPLAR asked DAVID GLEE to join in the robbery of Victim 1.

f. DAVID GLEE, who was armed with a firearm, travelled by car to an area near West Chatham Park.

g.     Defendants and their coconspirators forced Victim 1 at gunpoint to enter his residence, where Victim 1's mother, Victim 2, also lived.

h.     Defendants and their coconspirators physically harmed, and caused to be physically harmed, Victim 1 and Victim 2, while they held both Victim 1 and Victim 2 captive inside their residence.

i.     DAVID GLEE took a clothing iron from the kitchen of the residence, plugged it in, and demanded Victim 1 and Victim 2 tell him where money and jewelry were located.

j.     TYJUAN TAPPLAR forced Victim 2 into the basement of the residence, where TAPPLAR sexually assaulted Victim 2.

k.     TYJUAN TAPPLAR brought Victim 2 upstairs into a bedroom in the residence, where DAVID GLEE and other coconspirators also sexually assaulted Victim 2 at gunpoint.

l.     Defendants stole and caused to be stolen at least $300 in U.S. currency, shoes, and other items from Victim 1 and Victim 2's residence.

m.     DAVID GLEE forced Victim 1 at gunpoint to drink bleach and another household cleaning agent.

n.     Defendants and their coconspirators, at gunpoint forced Victim 2 to drink bleach and poured bleach on Victim 2.

o.     DAVID GLEE called TYJUAN TAPPLAR via cellular phone and asked that one of the coconspirators return to kill Victim 1 and Victim 2.

In violation of Title 18, United States Code, Section 1201(c).

3

## COUNT TWO

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

On or about June 29, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

DAVID GLEE, also known as "D-Nice," and
TYJUAN TAPPLAR, also known as "TY,"

defendants herein, together with others known and unknown to the Grand Jury, did unlawfully seize, confine, kidnap, abduct, and hold, for each defendant's own benefit and purpose, Victim 1, and, in committing and in furtherance of the commission of the offense, used a cellular telephone, a means, facility, and instrumentality of interstate commerce;

In violation of Title 18, United States Code, Sections 1201(a)(1) and 2.

4

## COUNT THREE

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

On or about June 29, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

DAVID GLEE, also known as "D-Nice," and
TYJUAN TAPPLAR, also known as "TY,"

defendants herein, together with others known and unknown to the Grand Jury, did unlawfully seize, confine, kidnap, abduct, and hold, for each defendant's own benefit and purpose, Victim 2, and, in committing and in furtherance of the commission of the offense, used a cellular telephone, a means, facility, and instrumentality of interstate commerce;

In violation of Title 18, United States Code, Sections 1201(a)(1) and 2.

5

## COUNT FOUR

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

On or about June 29, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

DAVID GLEE, also known as "D-Nice," and
TYJUAN TAPPLAR, also known as "TY,"

defendants herein, did conspire with each other, and with others known and unknown to the Grand Jury, to obstruct, delay, and affect "commerce" and the movement of any article in commerce by robbery, as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), namely, the robbery of Victim 1, who defendants believed was involved in the distribution of a controlled substance;

In violation of Title 18, United States Code, Section 1951(a).

## COUNT FIVE

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

On or about June 29, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

DAVID GLEE, also known as "D-Nice," and
TYJUAN TAPPLAR, also known as "TY,"

defendants herein, did knowingly attempt to obstruct, delay, and affect "commerce" and the movement of articles and commodities in such commerce, by robbery, as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), in that the defendants did take and obtain property from the person and in the presence of Victim 1, who each defendant believed was involved in the distribution of a controlled substance, against Victim 1's will and by means of actual and threatened force and fear of injury to Victim 1;

In violation of Title 18, United States Code, Section 1951(a) and 2.

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY

7